William B. Recarde                                            Pro Se Litigants
Dorothy A. Recarde                                            (717) 529-6063
277 W. Shady Road                                             bill@summerbeam.com
Kirkwood PA  17536

# IN THE UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| William B. Recarde ) | |
| Dorothy A. Recarde ) | |
|     Plaintiffs, *Sui Juris* ) | |
| ) | Civil Action No:  **16-cv-806** |
| v. ) | |
| ) | **FILED** |
| SANTANDER BANK, N.A. f/ ) | APR 2 2 2016 |
| SOVEREIGN BANK, N.A. ) | |
| ) | MICHAEL E. KUNZ, Clerk |
|     DEFENDANTS | By _____ Dep. Clerk |

## PRAECIPE TO WITHDRAW COMPLAINT

To the Clerk of the Court:

Kindly withdraw the Complaint filed in this instant matter.

Signed on this 20th day of April, 2016.

                                                            William B. Recarde

                                                            Dorothy A. Recarde

### ACKNOWLEDGEMENT

Commonwealth of Pennsylvania )
                                         ) SS
County of Lancaster            )

  On this 20th day of April, 2016, before me, the undersigned notary public, appeared William B. and Dorothy A. Recarde, known to me or proved to be the persons who affixed their signatures to this instrument and by so doing, executed the instrument.
    I certify the above paragraph is true and correct.

WITNESS my Hand and Seal:                      Marcia Mahoney
                                                                     Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
        Notarial Seal
  Marcia Mahoney, Notary Public
  Quarryville Boro, Lancaster County
  My Commission Expires Sept. 29, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES
```

| | |
|---|---|
| William B. Recarde | Pro Se Litigants |
| Dorothy A. Recarde | (717) 529-6063 |
| 277 W. Shady Road | bill@summerbeam.com |
| Kirkwood PA  17536 | |

### IN THE UNITED STATES DISTRICT COURT
for the
**Eastern District of Pennsylvania**

William B. Recarde            )
Dorothy A. Recarde            )
      Plaintiffs, *Sui Juris*    )
                               )     Civil Action No: **16-cv-806**
        v.                        )
                               )
SANTANDER BANK, N.A. f/       )
SOVEREIGN BANK, N.A.          )
                               )
      DEFENDANTS

---

**PRAECIPE TO DISCONTINUE AND END**

To the Clerk of the Court:

Kindly mark this instant matter discontinued and ended.

Signed on this 20th day of April, 2016.

                                                       _____
                                                       William B. Recarde

                                                       _____
                                                       Dorothy A. Recarde

**ACKNOWLEDGEMENT**

Commonwealth of Pennsylvania)
                                      ) SS
County of Lancaster          )

   On this 20th day of April, 2016, before me, the undersigned notary public, appeared William B. and Dorothy A. Recarde, known to me or proved to be the persons who affixed their signatures to this instrument and by so doing, executed the instrument.
   I certify the above paragraph is true and correct.

WITNESS my Hand and Seal:                  Marcia Mahoney
                                                      Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Marcia Mahoney, Notary Public
Quarryville Boro, Lancaster County
My Commission Expires Sept. 29, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

16-cv-806

## CERTIFICATE OF SERVICE

I, Dorothy A. Recarde, do solemnly declare that on *April 20*, 2016, I did cause to be delivered by certified mail a package to the parties and locations listed below:

*Dorothy A. Recarde*
Dorothy A. Recarde, Executor

TO:  Ken S. Massey                    7015 0640 0006 2118 3253
     Parker Ibrahim & Berg LLC
     1635 Market St.
     Philadelphia, PA  19103

## ACKNOWLEDGEMENT

Commonwealth of Pennsylvania}
                              } SS
County of Lancaster           }

Subscribed and sworn to (or affirmed) before me on this __20th__ day of __April__, 2016, by __Dorothy A. Recarde__, proved to me on the basis of satisfactory evidence to be the person who appeared before me and to have packaged the foregoing documents listed in the certificate of mailing above to the party listed therein.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Marcia Mahoney, Notary Public
Quarryville Boro, Lancaster County
My Commission Expires Sept. 29, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

*Marcia Mahoney*
Notary Public